

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-18-00279-CV

_____

ROGER MARTIN, INDIVIDUALLY AND
AS SUCCESSOR TRUSTEE OF THE
MARTIN FAMILY TRUST,

                                                        Appellant

 v.

DALE MARTIN,

                                                        Appellee

_____

**From the 87th District Court
Freestone County, Texas
Trial Court No. 11-136-A**

_____

## MEMORANDUM OPINION

_____

Appellant, Roger Martin, Individually and as Successor Trustee of the Martin Family Trust, appeals the trial court's judgment rendered against him for breach of fiduciary duty and removing him as successor trustee of the Martin Family Trust. Per appellant's request, we referred this appeal to mediation on August 29, 2018. In the referral, the Court ordered the parties to confer and attempt to agree upon a mediator. Appellant was ordered to file a notice with the Clerk of this Court, within 14 days from

the date of the order, which either identified the agreed-upon mediator or stated that the parties were unable to agree upon a mediator. No notice was filed.

The Court then issued an order on October 24, 2018 directing appellant to provide this Court with the required notice within 14 days from the date of the order. The Court warned appellant that the "failure to timely provide the notice WILL result in the dismissal of this appeal without further notice." More than 14 days have passed, and appellant has not provided the Court with the required notice.

Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 42.3(c)


TOM GRAY
Chief Justice

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Appeal dismissed
Opinion delivered and filed November 21, 2018
[CV06]

